# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANDY WAYNE RILEY,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 08-cv-769-MJR** |
| vs. ) | |
| ) | **CRIMINAL NO. 06-cr-40028** |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In an open plea, Petitioner pleaded guilty to two counts involving unlawful possession of a firearm. He was sentenced to 94 months imprisonment, three years supervised release, a fine of $750, and a special assessment of $200. No appeal was filed, but Petitioner subsequently filed the instant motion under 28 U.S.C. § 2255. Thus, his motion for a continuance to file his § 2255 motion (Doc. 2) is moot. In his § 2255 motion, he argues (1) his guilty plea was not knowing and voluntary, (2) he was subjected to double jeopardy, (3) and the government engaged in prosecutorial misconduct.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED this 18th day of December, 2008.**

                                                               **s/ Michael J. Reagan**
                                                               **MICHAEL J. REAGAN**
                                                               **United States District Judge**